Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12−26086−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael A. Barbour
  204 West Farms Road
  Farmingdale, NJ 07727

Social Security No.:
  xxx−xx−3776

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after November 4, 2016 for the reason(s) indicated below.

☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: October 5, 2016
JJW: llb

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:	Case No. 12-26086-KCF
Michael A. Barbour	Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 05, 2016
                      Form ID: clsnodsc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.
db             +Michael A. Barbour,    204 West Farms Road,    Farmingdale, NJ 07727-3556

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2016 00:08:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2016 00:08:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016	Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2016 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Andrew M. Lubin    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
      Denise E. Carlon     on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Jeanette F. Frankenberg    on behalf of Creditor    BANK OF AMERICA, N.A., AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2 ASSET-BACKED PASS-THRO cmecf@sternlav.com
      John R. Morton, Jr.     on behalf of Creditor    Santander Consumer USA, Inc.    mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
      R. A. Lebron     on behalf of Creditor    BANK OF AMERICA, N.A., AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2 ASSET-BACKED PASS-THRO bankruptcy@feinsuch.com
      Robert C. Nisenson     on behalf of Debtor Michael A. Barbour rnisenson@aol.com,    nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
      Sean M. O'Brien     on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates sobrien@flwlaw.com
      Sean M. O'Brien     on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates sobrien@flwlaw.com
                                                                                              TOTAL: 11